| | |
|---|---|
| **From:** | Stan Caterbone <stancaterbone@gmail.com> |
| **Sent:** | Thursday, December 31, 2020 4:01 AM |
| **To:** | Rettew, Mark; Ruffner, Kenneth; PAED Documents; SupremeCtBriefs@usdoj.gov; usarmy.pentagon.hqda-dcs-g-1.mbx.icomplaints-helpdesk@mail.mil |
| **Subject:** | 359 a.m. December 31st 2020 they tried the electrocute me in my bathtub |
| **Attachments:** | IMG_20201231_035832102.jpg |

**CAUTION - EXTERNAL:**

Dear Mark Rettew,

First a week or so ago the disabled the remote control to my Whirlpool spa now this morning I'm in my tub getting ready to turn it off and I got jolted by touching the switch which is covered in plastic now they were thinking I think that the ark would jump into the tub either way I never got shocked before using this spa now you tell me what is going on first they took out my car yesterday they took out my computer I have no car no computer they poison my medical marijuana poison the air I breathe I had to buy oxygen I demand immediate relief from the courts I demand to be restored to whole back to 1987 you have a good day and happy New year

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.